06-325

Prob 12
(Rev 3 88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Sean Mitchell Simon                                   Docket No.1:00CR397-1 (MD/NC)

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Sean Mitchell Simon, who was placed on supervision by the Honorable Frank W. Bullock, sitting in the Court in the Middle District of North Carolina, on the 10th day of May 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall cooperatively participate in a substance abuse program treatment program which may include drug testing or inpatient/residential treatment as directed. During the course of treatment, you shall abstain from the use of alcohol.
- Shall provide the probation officer with any requested financial information.
- Shall cooperatively participate in a mental health treatment program which may inpatient/residential treatment as directed.
- Shall pay restitution in the sum of $3,314.02, to be paid in monthly installments of $150.
- Shall pay a special assessment of $100.

| | |
|---|---|
| 05-10-01: | Bank Robbery; 72 months' imprisonment with 3 years' supervised release. |
| 12-30-05: | Released to supervision; Currently supervised by U.S. Probation Officer Wendy M. Brown. |
| 07-25-06: | Jurisdiction transferred from the Middle District of North Carolina to the Western District of Pennsylvania. |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**You shall not commit another federal, state, or local crime.**

On September 7, 2006, the defendant was arrested on charges of Aggravated Assault, Receiving Stolen Property, Criminal Mischief, Public Drunkenness, Possessing Instruments of Crime, Theft from Motor Vehicle and Terroristic Threats at OTN G 321104-0. At a preliminary hearing on September 14, 2006, the Terroristic Threats charge was dismissed but the remaining charges were held over for disposition in Allegheny County Court of Common Pleas. He remains in custody at the county jail.

On May 24, 2006, the defendant was charged with Public Drunkenness by the Homestead Police Department. On July 7, 2006, he was found guilty of this offense and ordered to pay costs and fines totaling $419.50.

U.S.A. vs. Sean Mitchell Simon
Docket No.1:00CR397-1 (MD/NC)
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the defendant's arrest and that the warrant be lodged as a detainer at the Allegheny County Jail.

ORDER OF COURT

Considered and ordered this 22 day of Sept. 2006 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2006

_____
Wendy Brown
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA