Prob 12
(Rev. 3/88)

SCANNED

35

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Sean Mitchell Simon     Docket No. 06-00325-001 (WD/PA)

### Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Sean Mitchell Simon, who was placed on supervision by the Honorable Frank W. Bullock, sitting in the Court in the Middle District of North Carolina, on the 10th day of May 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment as directed. During the course of treatment, you shall abstain from the use of alcohol.
- Shall provide the probation officer with any requested financial information.
- Shall cooperatively participate in a mental health treatment program, which may include inpatient/ residential treatment as directed.
- Shall pay restitution in the sum of $3,314.02, to be paid in monthly installments of $150.
- Shall pay a special assessment of $100.

05-10-01: Bank Robbery; 72 months' imprisonment, with 3 years' supervised release.
12-30-05: Released to supervision; Currently supervised by U.S. Probation Officer Wendy M. Brown.
07-25-06: Jurisdiction transferred from the Middle District of North Carolina to the Western District of Pennsylvania.
09-22-06: Petition signed, Judge Lancaster; Bench warrant issued.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**You shall not commit another federal, state, or local crime.**

On April 12, 2007, in Allegheny County Court of Common Pleas, the defendant pled guilty to Possessing Instruments of Crime, Receiving Stolen Property, Theft From a Motor Vehicle, Harassment, and Resisting Arrest at Criminal No. 200613814. He received two years' probation, effective that date.

U.S.A. vs. Sean Mitchell Simon
Docket No.06-00325-001(WD/PA)
Page 2

PRAYING THAT THE COURT WILL ORDER that the afore-cited violation of supervision be incorporated as part of the petition action previously made a part of the records in this case on September 22, 2006, and that the supervised releasee appear in Federal Court, Courtroom No. 3A, Suite 3250, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on May 23, 2007, at 1:30 PM to show case why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 11th day of May, 2007 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2007

_____
Wendy Brown
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania

cc:   US Attorney
      Federal Public Defender
      US Marshal
      US Probation