IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | Criminal No. 06-325 |
|  | ) |  |
| SEAN MITCHELL SIMON, | ) |  |
| Defendant. | ) |  |

ORDER

AND NOW, this 15th day of January, 2008, following a hearing on defendant's supervised release violation, IT IS HEREBY ORDERED that the judgment and commitment order, dated May 29, 2007, is modified to include the following condition of supervised release:

> "The Defendant's period of supervised release is modified to include placement at a 28 day in-patient program, followed by placement at a residential facility for at least 90 days, as directed by the Probation Office. During the remainder of his period of supervision, the defendant shall obtain prior approval from the Probation Office before making any change in his residence."

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, J.

cc: Stephen R. Kaufman,
Assistant United States Attorney

Marketa Sims,
Assistant Federal Public Defender

Donald Covington,
United States Probation Officer

United States Marshal