Prob 12
(Rev 3-88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Sean Mitchell Simon            Docket No. 06-00325-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Sean Mitchell Simon, who was placed on supervision by the Honorable Gary Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 24th day of May 2007, who fixed the period of supervision at 18 months and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The first 6 months of supervised release shall be served at the Renewal Center, a Community Treatment Center. While there, the defendant shall participate in drug, alcohol, and mental health treatment. Such treatment shall continue during the term of supervised release.

Original conditions of supervision imposed by the Honorable Frank W. Bullock on May 10, 2001, at sentencing:

- Shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment as directed. During the course of treatment, you shall abstain from the use of alcohol.
- Shall provide the probation officer with any requested financial information.
- Shall cooperatively participate in a mental health treatment program, which may include inpatient/residential treatment as directed.
- Shall pay restitution in the sum of $3,314.02, to be paid in monthly installments of $150.
- Shall pay a special assessment of $100.

| | |
|---|---|
| 05-10-01: | Bank Robbery; 72 months' imprisonment, with 3 years' supervised release; Original sentence, Judge Bullock, Middle District of North Carolina. |
| 12-30-05: | Released to supervision. |
| 07-25-06: | Jurisdiction transferred from the Middle District of North Carolina to the Western District of Pennsylvania (Criminal No. 06-00325-001 assigned). |
| 09-22-06: | Petition signed, Judge Lancaster; Bench warrant issued. |
| 05-24-07: | Violation hearing, Judge Lancaster; Supervision revoked; Sentenced to time served with 18 months' supervised release, with the first 6 months of supervised release to be served at the Community Corrections Center at Renewal. |
| 06-19-07: | Released to supervision; Supervised by U.S. Probation Officer Wendy Brown. |
| 12-19-07: | Petition signed, Judge Lancaster; Bench warrant issued. |
| 01-15-08: | Violation hearing, Judge Lancaster; Supervision conditions modified to include placement at a 28-day inpatient facility followed by placement at a residential facility for at least 90 days. During the remainder of the supervision term, the defendant shall obtain prior approval from the Probation Office before making any change in residence. |

U.S.A. vs. Sean Mitchell Simon
Docket No. 06-00325-001
Page 2

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**Shall not commit another federal, state, or local crime.**

On April 3, 2008, the defendant was arrested on charges of Theft by Unlawful Taking, Possession of Instruments of Crime, Recklessly Endangering Another Person, and Criminal Mischief at OTN G 427534-2. A preliminary hearing is scheduled for April 10, 2008.

**Placement at a 28-day inpatient facility followed by placement at a residential facility for at least 90 days. During the remainder of the supervision term, the defendant shall obtain prior approval from the Probation Office before making any change in residence.**

On March 15, 2008, the defendant left the Snow House, a residential program located in Erie, Pennsylvania, without the prior knowledge or consent of his probation officer. He had at least 60 days remaining at this placement.

**Shall cooperatively participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment as directed. During the course of treatment, you shall abstain from the use of alcohol.**

Mr. Simon admitted to several incidents of alcohol use after leaving the Snow House on March 15, 2008.

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the defendant's arrest and that the warrant be lodged as a detainer at the Allegheny County Jail.

ORDER OF COURT

Considered and ordered this 9th day of April, 2008 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2008

_____
Wendy Brown
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania